# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806          www.pryorcashman.com

August 7, 2015

**SUBMITTED VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        Re:     Request for Oral Argument
              *In Re Bernard L. Madoff Investment Securities, LLC*
              1:15-cv-01151-PAE
              1:15-cv-01195-PAE
              1:15-cv-01223-PAE
              1:15-cv-01236-PAE
              1:15-cv-01263-PAE
              (Bankr. S.D.N.Y. Adv. No. 08-01789 (SMB))

Dear Judge Engelmayer:

     The undersigned are counsel for the *Amici* in these related appeals from the Bankruptcy Court. Our clients are former Madoff customers who are defendants in adversary proceedings in which Trustee seeks to avoid alleged fraudulent transfers. Our clients joined in an *amicus* brief in support of Appellants filed with the Court on May 4, 2015 (ECF No. 13).

     *Amici* understand that earlier today your Honor entered an order scheduling oral argument in the appeals for September 15, 2015, at 10:00 a.m. (ECF No. 26). By this letter, *Amici* seek leave to participate in the argument of the appeals. Counsel for all other parties to the appeal have indicated their consent to such participation of *Amici* in oral argument, and authorized counsel for *amici* so to represent to the Court. After telephonic consultation earlier today with your law clerk concerning the form in which we should make this request, we make the request by letter in lieu of a formal motion. (We also note, with respect to the scheduling of oral argument, that September 15 is the second day of Rosh Hashanah.)

     We submit that the importance of the legal issues before the Court merits the participation of *amici*, especially in light of the Bankruptcy Court's recent decision extending its ruling on the treatment of inter-account transfers to transactions at issue in the pending adversary proceedings, under the same rationale that the Bankruptcy Court enunciated in the decision on

**PRYOR CASHMAN LLP**

Hon. Paul A. Engelmayer, U.S.D.J.
August 7, 2015
Page 2

appeal in these related cases.  See Memorandum Decision Regarding Omnibus Motions to Dismiss, *In re Bernard L. Madoff Inv. Secs. LLP,* Adv. No. 07-01789 (Bankr. S.D.N.Y. June 2, 2015) (ECF No. 10089).

Respectfully submitted,

**K&L GATES LLP**

By: */s/ Richard A. Kirby*
    Richard A. Kirby (*pro hac vice*)
    Laura K. Clinton (*pro hac vice*)
1601 K Street, N.W.
Washington, D.C. 20006
(202) 778-9000 (tel)
(202) 778-9100 (fax)
richard.kirbyb@klgates.com
laura.clinton@klgates.com

*Counsel for Amici-Defendants*
*Represented by K&L Gates LLP*

**DENTONS US LLP**

By: */s/ Carole Neville*
    Carole Neville
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700 (tel)
(212) 768-6800 (fax)
carole.neville@dentons.com

*Counsel for Amici-Defendants*
*Represented by Dentons US LLP*

**PRYOR CASHMAN LLP**

By: */s/ Richard Levy, Jr.*
    Richard Levy, Jr.
7 Times Square
New York, New York 10036
(212) 421-4100 (tel)
(202) 326-0806 (fax)
rlevy@pryorcashman.com

*Counsel for Amici-Defendants*
*Represented by Pryor Cashman LLP*

**GOODWIN PROCTER LLP**

By: */s/ William P. Weintraub*
    William P. Weintraub
    Kizzy L. Jarashow
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 778-9000 (tel)
(212) 355-3333 (fax)
wweintraub@goodwinprocter.com
kjarashow@goodwinprocter.com

*Counsel for Amici-Defendants*
*Represented by Goodwin Procter LLP*

cc:    All Counsel of Record (via ECF)