USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re: Bernard L. Madoff Investment Securities, LLC,

                                 Debtor.
------------------------------------------------------------------X

------------------------------------------------------------------X
DIANA MELTON TRUST,                                  ORDER
                          Appellant,
        -v-
                                                         15 Civ. 1151 (PAE)
IRVING H. PICARD, *Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC*,
                         Appellee.
------------------------------------------------------------------X
EDWARD A. ZRAICK, JR., et al.,
                         Appellants,
        -v-
                                                         15 Civ. 1195 (PAE)
IRVING H. PICARD, *Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC*,
                         Appellee.
------------------------------------------------------------------X
MICHAEL MOST,
                         Appellant,
        -v-                                               15 Civ. 1223 (PAE)

IRVING H. PICARD, *Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC*,
                         Appellee.
------------------------------------------------------------------X
AARON BLECKER, et al.,
                         Appellants,
        -v-                                               15 Civ. 1236 (PAE)

IRVING H. PICARD, *Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC*,
                         Appellee.
------------------------------------------------------------------X

```
------------------------------------------------------------------X
ELLIOT G. SAGOR,                                    :
                                Appellant,          :
                -v-                                 :    15 Civ. 1263 (PAE)
                                                    :
IRVING H. PICARD, Trustee for the Liquidation of    :
Bernard L. Madoff Investment Securities LLC,        :
                                Appellee.           :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The following order is to be filed in each of the above-captioned cases, which are all related.

On August 7, 2015, the Court scheduled oral argument in this case for September 15, 2015. Dkt. 26. To accommodate counsel, the Court hereby reschedules oral argument for **Thursday, September 17, 2015 at 9:30 a.m.**

In addition, on August 11, 2015, *amici* in support of the appellants requested leave to participate in the oral argument, which was consented to by all other parties to the appeal. Dkt. 28. The Court hereby GRANTS *amici*'s request to participate in oral argument through a single, designated representative.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 13, 2015
       New York, New York

2