BAKER & McKENZIE LLP
Richard A. Kirby
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 416-7220

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9/14/15

*Attorneys for Amici listed in Appendix.*

15 Civ. 1151 (PAE), 15 Civ. 1195 (PAE), 15 Civ. 1223 (PAE),
15 Civ. 1236 (PAE), 15 Civ. 1263 (PAE) (Related Cases)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

BERNARD L. MADOFF,
          Debtor.

DIANA MELTON TRUST, DATED 12/05/05,
          Appellant

v.

IRVING H. PICARD, Trustee for the Liquidation of

Bernard L. Madoff Investment Securities LLC,
          Appellee.

EDWARD A. ZRAICK, JR., et al.,
          Appellant,

v.

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,
          Appellee.

MICHAEL MOST,
          Appellant

v.

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,
          Appellee.

AARON BLECKER, et al.,
          Appellant

v.

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
                    Appellee.

ELLIOT G. SAGOR,
                    Appellant

v.

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
                    Appellee.

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Baker & McKenzie LLP,  815 Connecticut

Avenue NW, Washington, DC 20006, shall be substituted in place of the law firm of K&L Gates

LLP, 1601 K Street NW #1, Washington, DC 20006 as counsel of record for Amici listed in the

attached Appendix.  All notices given or required to be given in this proceeding shall be given to

and served upon the following:

> BAKER & McKENZIE LLP
> 815 Connecticut Avenue, NW
> Washington, DC 20006
>          Attn:   Richard A. Kirby
> Telephone: (202) 416-7020
> Email: Richard.kirby@bakermckenzie.com

PLEASE TAKE FURTHER NOTICE THAT Amici have knowledge of and consent to

this substitution of counsel.

2

Dated: Washington, DC
     September 11, 2015

BAKER & McKENZIE LLP

By: /s/ Richard A. Kirby
Richard A. Kirby
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 416-7020

Dated: Washington, DC
     September 11, 2015

K&L Gates LLP

By: /s/ Martha Rodriguez-Lopez

1601 K Street NW #1
Washington, DC 20006
Telephone: (202) 778-9000
Facsimile: (202) 778-9100

Dated:
     September 14, 2015

SO ORDERED:

Paul A. Engelmyer

UNITED STATES District JUDGE

3

## APPENDIX

In re Bernard L. Madoff Investment Securities LLC
Case Nos. 15 Civ. 1151 (PAE), 15 Civ. 1195 (PAE), 15 Civ. 1223 (PAE),
15 Civ. 1236 (PAE), 15 Civ. 1263 (PAE) (Related Cases)
AMICI-DEFENDANTS REPRESENTED BY
BAKER & McKENZIE LLP

| Amici-Defendants | Adversary Proceeding |
|---|---|
| Morris Blum Living Trust Agreement; Norman Blum Family Trust; Norman Blum Non-Exempt Family Trust; Joel Blum Family Trust; Joel Blum Nonexempt Family Trust; Norman J. Blum; Joel A. Blum | *Picard v. Morris Blum Living Trust Agreement, et al.*, Bankr. S.D.N.Y. Adv. Pro. No. 10-04846 (SMB) |
| Estate of Doris M. Pearlman; Heidi Pearlman; Jill Beth Pearlman; Doris M. Pearlman Revocable Trust; Marvin A. Goldenberg | *Picard v. Estate of Doris M. Pearlman et al.*, Bankr. S.D.N.Y. Adv. Pro. No. 10-04504 (SMB) |
| Lanx BM Investments, LLC; The Lanx Fund II, LP; Wolfson Cousins, LP; Edara Partnership | *Picard v. Lanx BM Invs., LLC et al.*, Bankr. S.D.N.Y. Adv. Pro. No. 10-04384 (SMB) |
| Stuart J. Rabin | *Picard v. Rabin*, Bankr. S.D.N.Y. Adv. Pro. No. 10-04675 (SMB) |

Baker & McKenzie LLP
Richard A. Kirby
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 416-7020

Baker & McKenzie LLP
Laura K. Clinton
815 Connecticut Avenue, NW
Washington, DC 20006
Telephone: (202) 452-7023